# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL MENDEZ MILLER,
Appellant,
vs.
MELINDA SUE MILLER, N/K/A
MELINDA LESINSKY,
Respondent.

No. 84488

**FILED**

APR 27 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on April 4, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Dawn Throne, District Judge, Family Court Division
Paul Mendez Miller
McFarling Law Group
Eighth District Court Clerk

22-13417